**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

LENA JONES and JOHN JONES,

    Plaintiffs,

       v.

ZWICKER AND ASSOCIATES, P.C.,

    Defendant.

---

**PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL**

---

## PLAINTIFFS' COMPLAINT

LENA JONES and JOHN JONES (Plaintiffs), through their attorneys, KROHN & MOSS, LTD., alleges the following against ZWICKER AND ASSOCIATES, P.C. (Defendant):

### INTRODUCTION

1. Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Colorado, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiffs are natural persons residing in Commerce City, Adams County, Colorado.

8. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiffs allegedly owe a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiffs.

10. Defendant is a debt collection law firm with its principal place of business in Andover, Essex County, Massachusetts.

11. Defendant is a debt collection law firm that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously placed collection calls to Plaintiffs seeking and demanding payment for an alleged debt (see Plaintiff's, LENA JONES'S, e-mail

attached as Exhibit A).

13. Defendant failed to send Plaintiffs a debt validation letter.

14. Defendant threatened to file a lawsuit against Plaintiffs.

15. Defendant threatened to garnish Plaintiffs' checking account.

16. Defendant called Plaintiff, JOHN JONES, at work, even though Plaintiff, JOHN JONES, told Defendant to stop calling him at work.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by calling Plaintiff, JOHN JONES, at work even though the debt collector knew or had reason to know that Plaintiff's, JOHN JONES'S, employer prohibit Plaintiff, JOHN JONES, from receiving such calls.

    b. Defendant violated *§1692c(a)(3)* of the FDCPA by calling Plaintiff, JOHN JONES, at work even though the debt collector knew or had reason to know that Plaintiff's, JOHN JONES'S, employer prohibit Plaintiff, JOHN JONES, from receiving such calls.

    c. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

    e. Defendant violated *§1692e* of the FDCPA by using false, deceptive, and

      misleading representations in connection with the collection of any debt.

f. Defendant violated *§1692e(4)* of the FDCPA threatening to garnish Plaintiffs' checking account if they did not pay their debt even though Defendant has not and does not intend to do so.

g. Defendant violated *§1692e(5)* of the FDCPA threatening to take legal action against Plaintiffs even though Defendant has not and does not intend to do so.

h. Defendant violated *§1692e(10)* of the FDCPA by falsely representing and using deceptive means in an attempt to collect a debt.

i. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

WHEREFORE, Plaintiffs, LENA JONES and JOHN JONES, respectfully request judgment

be entered against Defendant, ZWICKER AND ASSOCIATES, P.C., for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiffs, LENA JONES and JOHN JONES, request a jury trial in this case.

DATED:  October 2, 2009               KROHN & MOSS, LTD.

                              By:    /s/ Nicholas J. Bontrager
                                     Nicholas J. Bontrager
                                     Krohn & Moss, Ltd.
                                     10474 Santa Monica, Blvd.
                                     Suite 401
                                     Los Angeles, CA 90025
                                     Tel: 323-988-2400 x229
                                     Fax: 866-802-0021
                                     nbontrager@consumerlawcenter.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF COLORADO

Plaintiff, LENA JONES, states as follows:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LENA JONES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9/4/09                                    _Lena Jones_
                                                 LENA JONES

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF COLORADO

Plaintiff, JOHN JONES, states as follows:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JOHN JONES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 8/51/09

_____
JOHN JONES

# EXHIBIT A

From: jonele7@comcast.net
To: info@ucan.net
Sent: Tuesday, December 9, 2008 3:54:48 PM GMT -07:00 US/Canada Mountain
Subject: threatening call from Zwicker and Associates

Today on 12/9/2008 about 3:20 pm I received a threatening call from Zwicker and associates, the women said they are going to sue and take all our money. When I tried to get her name she hung-up the phone. As I'm writing this my body is shaking, I'm so upset and I'm coming down with the flu. I just feel like filing bankruptcy. This is so difficult. We're trying to fix our finances. I have health problems that makes it very difficult to work - yet I am; I can only work part time. I feel like we're going to wind-up homeless in the streets.

The account Zwicker and associates are calling about is the Delta amx ending number 1004
Their phone number is 800-370-2251

Sincerely,

Lena Jones Client ID 112-17099

*[signature: Lena Jones]*